AO91 (Rev. 12/03)  Criminal Complaint                                                                                               AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **vs.** <br><br> Javier LAZO-Garay <br> AKA Javier GADYA-Lazo <br> IAE A089 944 335 <br> Honduras 1967 | **CRIMINAL COMPLAINT** <br><br> Case Number: 7:17-po-03013 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **June 19, 2017** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Javier LAZO-Garay was encountered by Border Patrol Agents near Hidalgo, Texas on June 20, 2017. When questioned as to his citizenship, defendant stated that he was a citizen and national of Honduras, who had entered the United States illegally on June 19, 2017 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Benavides, Renatto  Border Patrol Agent
Signature of Complainant

Benavides, Renatto   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 21, 2017                                                                  at   McAllen, Texas
Date                                                                                      City/State

Dorina Ramos            U.S. Magistrate Judge
Name of Judge           Title of Judge                                          Signature of Judge